THERESA KUNTZ, Respondent, v. LLOYDS CASUALTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the witnesses sought to be examined have no personal knowledge bearing upon the issue of whether the accident was caused by any elevator, moving platform or hoisting device, and the testimony sought to be obtained can have no bearing upon any issue in the case, as the contract of insurance is definite and certain as to coverage, and there can be, on the. record before us, no extension of such coverage by waiver or estoppel. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOU L. HANLON, Respondent, v. STERLING MATERIALS COMPANY, LIMITED, and Another, Appellants.— Order denying motion to strike out certain allegations in the complaint modified by granting in part the relief asked for and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ZALLIE N. BOOTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ELMER E. KROLL, Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BYE A. HOPKINS and Another, as Copartners, Doing Business under the Firm Name and Style of B. A. HOPKINS' SONS, Respondents, v. GLEN H. TINKLEPAUGH, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur, except Crouch and Thompson, JJ., who dissent and vote for reversal on the law and facts upon the ground that findings of fact numbered 25, 26 and 31 are against the weight of the evidence and that under all the circumstances existing at the time of the transfer, including probable foreclosure, with resultant costs and deficiency judgment, a fair equivalent was given. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of Proving the Will of JOHN C. DOBBINS, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MITCHELL D. B. SMITH, Appellant.— Judgment of conviction reversed on the facts and a new trial granted, on the ground that the finding of the jury to the effect that the false representations set forth in the indictment were the inducing cause of the making of the loan and the giving of the $10,000 check mentioned in the indictment was against the weight of the evidence. All concur, except Taylor and Thompson, JJ., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.